## Commonwealth *v.* Kasper, Appellant.

Submitted March 27, 1967. *Leon Rosenfield,* for appellant; *Harold E. Sheely,* Assistant District Attorney, and *Richard C. Snelbaker,* District Attorney, for Commonwealth, appellee.

Order affirmed.

## Commonwealth *v.* Kauffman, Appellant.

Argued March 20, 1967. *Dominic P. Costa,* for appellant; *Henry T. Crocker,* Assistant District Attorney, with him *Richard A. Devlin,* Assistant District Attorney, and *Richard S. Lowe,* District Attorney, for Commonwealth, appellee.

PER CURIAM: The judgment of sentence is affirmed and the defendant is directed to appear in the court below at such time as he may be there called, and that he be by that court committed until he has complied with the sentence, or any part of it which had not been performed at the time the appeal was made a supersedeas.